■ LOUIS V. CATANIA, Appellant, v. IDA CATANIA, Respondent.— In an action in which a judgment of the Supreme Court, Queens County, dated May 25, 1970, was made *inter alia* granting plaintiff a divorce and defendant an alimony award, plaintiff appeals from an order of the same court, dated October 27, 1972, which (1) *inter alia* granted to a limited extent defendant's motion to increase the alimony award, i.e., from $60 per week to $100 per week and (2) denied plaintiff's cross motion to reduce the alimony award. Order modified, on the law and the facts, by striking therefrom the direction that plaintiff pay defendant $100 per week alimony and substituting therefor a provision that (1) defendant's motion is denied insofar as it is to increase alimony and (2) plaintiff shall continue to pay defendant $60 per week alimony as directed in the judgment of divorce. As so modified, order affirmed, without costs. In our opinion, defendant failed to set forth sufficient facts to justify an increase in the amount awarded for alimony in the judgment. Hopkins, Acting P. J., Munder, Martuscello, Gulotta and Brennan, JJ., concur.

■ MARIANNE T. CATELL, Appellant, v. ROBERT B. CATELL, Respondent.— In an action for divorce, the plaintiff wife appeals from so much of a judgment of the Supreme Court, Nassau County, entered June 23, 1972, granting her a divorce, as (1) directed defendant (a) to pay her $135 per week for alimony and support and maintenance of the parties' three infant children (b) to pay only certain carrying charges on the parties' marital residence and (2) in granting defendant visitation with the children, permitted him to take the children "to such place or places as he may desire." Judgment modified, on the law and the facts and in the exercise of discretion, by (1) adding to the fourth decretal paragraph thereof a provision allocating the award of $135 per week as follows: $60 per week for plaintiff's alimony and $75 per week for support and maintenance of the children and (2) adding "water charges" to the list of carrying charge items in the sixth decretal paragraph thereof. As so modified, judgment affirmed insofar as appealed from, without costs. In balancing the needs of appellant with respondent's ability to pay, we think the judgment should be modified as indicated herein. Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.